Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3012 | **DATE** | 9/29/2009 |
| **CASE TITLE** | US ex rel Dimitri Yannacopoulos   vs   General Dynamics | | |

**DOCKET ENTRY TEXT:**

Relator's motion [487] to stay briefing and decision on defendants' bill of costs is granted and the matter is stayed until the appeal is decided.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|